**99-80231** C-13D

# United States Bankruptcy Court
# Middle District of North Carolina

**CHAPTER 13 VOLUNTARY PETITION**

| | |
|---|---|
| IN RE (Name of debtor - If individual, enter Last, First, Middle) <br> Reed, Eric Ramon | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) <br> Reed, Vivian Lewis |
| ALL OTHER NAMES used by the debtor in the last 6 years (Include married, maiden, and trade names) <br> none | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden, and trade names) <br> Vivian Lewis |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) <br> 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 | SOC. SEC./TAX I.D. NO. (If more than one, state all) <br> 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 |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) <br> 4089 Cornerstone Drive <br> Oxford, NC 27565 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code) <br> 4089 Cornerstone Drive <br> Oxford, NC 27565 |
| TELEPHONE NO. 919-690-1810 | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS <br> Granville | TELEPHONE NO. 919-690-1810 | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS <br> Granville |
| MAILING ADDRESS OF DEBTOR (If different from street address) <br> same as above | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) <br> same as above |

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from address listed above)

**VENUE** (Check one box)
- [ ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**BUSINESS TELEPHONE NO.**

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**
- [ ] Individual
- [X] Joint (Husband and Wife)

**NATURE OF DEBT**
- [X] Non-Business/Consumer
- [ ] Business - Complete A & B below

**A. TYPE OF BUSINESS** (Check one)
- [ ] Farming
- [ ] Professional
- [ ] Retail/Wholesale
- [ ] Railroad
- [ ] Transportation
- [ ] Manufacturing/Mining
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Construction
- [ ] Real Estate
- [ ] Other Business

**B. NAME AND BRIEF DESCRIPTION OF NATURE OF BUSINESS**

**FILING FEE** (Check one box)
- [X] Filing Fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**NAME AND ADDRESS OF ATTORNEY**

Donald D. Pergerson
PO Box 2289
Henderson, NC 27536

Telephone No. 252-492-7796
N.C. State Bar No. 13069

- [ ] Debtor is not represented by an attorney

## STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604)
(Estimates only) (Check applicable boxes)

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
- [X] 1-15
- [ ] 16-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1000-over

**ESTIMATED ASSETS** (In thousands of dollars)
- [ ] Under 50
- [ ] 50-99
- [X] 100-499
- [ ] 500-999
- [ ] 1000-9999
- [ ] 10,000-99,000
- [ ] 100,000-over

**ESTIMATED LIABILITIES** (In thousands of dollars)
- [ ] Under 50
- [ ] 50-99
- [X] 100-499
- [ ] 500-999
- [ ] 1000-9999
- [ ] 10,000-99,000
- [ ] 100,000-over

THIS SPACE FOR COURT USE ONLY

**FILED FEB 01 1999** U.S. Bankruptcy Court Greensboro, NC SH

**FEES PAID IN FULL**

C-13-5
(Rev. 6/92)

## THE PLAN

The Debtor's take-home pay is $ __1,893.11__ per __month__.
The Joint Debtor's take-home pay is $ __1,337.86__ per __month__.

| Debtor | Joint Debtor |
|---|---|
| Employer: Lenox Inc. | Lenox Inc. |
| Address: 1500 Williamsboro Rd. | 1500 Williamsboro Rd. |
| Oxford, NC  27565 | Oxford, NC  27565 |
| Length of Employment: 10 years | 10 years |
| Phone No. (Business): 919-693-9111 | 919-693-9111 |
| ½ PAYROLL DEDUCTION | ½ PAYROLL DEDUCTION |

The Debtor's plan is to pay from future income and earnings, as much as reasonably possible, as determined by the Court, for a period not less than 36 months and not in excess of 60 months. The Debtor considers the reasonable amount to be __1,520.00__ dollars per __month__ and the reasonable plan length to be __60__ months. However, the sum is subject to the determination of the Court from time to time. All funds will be disbursed to creditors, as may be approved by the Court, after first deducting costs of administration. Debtor has a principal place of employment, residence or domicile or owns property within this District.

Annexed hereto are schedules which set forth accurate descriptions and valuations of all the items of property, real and personal and a complete statement of all debts with the full names and addresses of all creditors.

### REQUEST FOR RELIEF

The Debtor is an individual with regular income who owes, as of the date of the filing of this petition, noncontingent, liquidated, unsecured debts of less than $100,000 and noncontingent liquidated secured debts of less than $350,000 and hereby requests relief in accordance with Chapter 13 of Title 11, United States Code.

## SIGNATURES

Date: _January 27, 1999_    Signed: _[signature]_
                                    Attorney for the Debtor

XX (I) (We)  _Eric Ramon Reed and Vivian Lewis Reed_ , declare under penalty of perjury that the information provided in this petition and schedules attached hereto is true and correct to the best of my knowledge, information and belief and that I am aware that I may proceed under Chapters 7 or 11 of Title 11, United States code, understand the relief available under such chapters and choose to proceed under Chapter 13.

Date: _January 27, 1999_    Signed: x _Eric Ramon Reed_
                                    Debtor

                            Signed: _Vivian Lewis Reed_
                                    (Joint Debtor, if any)

## AFFIDAVIT OF ATTORNEY

I, the undersigned attorney for the Debtor named in the foregoing petition, declare that I have informed the Debtor that the Debtor may proceed under Chapters 7, 11, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Date: _January 27, 1999_    Signed: _[signature]_
                                    Attorney for the Debtor

NOTE: Petition with schedules are filed in duplicate (only the original needs to be signed with all copies conformed) with the U.S. Bankruptcy Court with the filing fee. A joint petition requires only one filing fee.

## SCHEDULE A
## REAL PROPERTY AND MOBILE HOMES

| Description | Name and Address Of Lienholder | Total Amount Of Debt | Monthly Payment | Present Market Value Without Deduction For Mortgage or Security Interest |
|---|---|---|---|---|
| *1998 28x68 Palm Harbor mobile home and 2.25 acres located at 4089 Cornerstone Drive Oxford, NC 27565 | Green Tree Acceptance Corp. 3101 Poplar Creek Court Ste 127 Raleigh, NC 27604 | $90,000.00 | $725.45 | $66,765.55 |

*principal residence

Total of A $ 66,765.55

How many months are payments in default to each lienholder?  2

## SCHEDULE B

### PERSONAL PROPERTY

| Type Of Property | Amount of Mortgage or Other Security Interest on This Property | Name of Creditor Abbreviate - Full Name & Address Must Be on List of Debts | Present Market Value Without Deduction For Mortgage or Security Interest |
|---|---|---|---|
| Automobiles or Other Vehicles - Give Year and Make | *$1,150 high mileage deduction<br>**$350 added for low mileage | | |
| 1996 honda Accord-4cyl. sedan 4 door LX | $15,000.00 | Chase | $12,175.50* |
| 1994 Acura Integra - 4 cyl sedan 4 door LS | $13,395.00 | GE Capital | $9,540.00** |
| 1992 Nissan Stanza-4cyl sedan 4 door XE | -0- | n/a | $4,770.00 |
| Household Goods household goods furniture and appliances | $1,500.00<br>-0- | Avco Financial<br>n/a | $300.00<br>$2,000.00 |
| diningroom set | $1,000.00 | Heilig-Meyers | $1,200.00 |
| den furniture | $1,300.00 | Granville Furniture | $1,500.00 |
| bedroom suite | $1,600.00 | Rhodes Furniture | $1,600.00 |
| Personal Effects clothing and jewelry | -0- | n/a | $500.00 |
| Other (Specify) 401k retirement (male)($4,000) | -0- | n/a | -0- |
| 401k retirement(female)($4,000) | -0- | n/a | -0- |
| 32" tv | $2,430.71 | Sears, Roebuck & Co. | $799.20 |
| Tax Refunds Indicate what tax refunds (income or other), if any, to which either you or your spouse are entitled (give particulars including information as to any refunds payable jointly with any other person).<br><br>none | | | -0- |
| Bank Accounts and Safe Deposit Boxes If you or your spouse currently have any bank or savings and loan accounts, checking, or savings, give name and address of bank, nature of account, current balance, name and address of each person authorized to make withdrawals from the account (if none so state). BB&T<br>421 N. Chesnut St.<br>Henderson, NC 27536 | | savings(female)<br>savings(male) | $260.00<br>$180.00 |
| | | Total of B  $ | 34,824.70 |

THE LIQUIDATED VALUE OF DEBTOR'S ESTATE AFTER DEDUCTING MORTGAGES AND OTHER VALID LIENS IS APPROXIMATELY $ 8,1__.__

## SCHEDULE C
### PROPERTY CLAIMED AS EXEMPT
(This schedule is not necessary to be completed at this time.)

## SCHEDULE D
### SECURED CREDITORS
(List all lienholders including real estate and mobile homes.)

| Full Name, Mailing Address, and Account Number of Each Creditor | Brief Description of Security for Each Debt | Monthly Payment | Total Amount Remaining Due Or Claimed |
|---|---|---|---|
| Green Tree Acceptance Corp. 3101 Poplar Creek Court Ste 120 Raleigh, NC 27604 Acct. No. 974367294 | 1998 28x68 Palm Harbor mobile home and .25 acres located at 4089 Cornerstone Drive Oxford, NC 27565 (principal residence) | $725.45 | $90,000.00 $1,450.90 Arrears |
| Chase Automotive Finance PO Box 15486 Wilmington, DE 19886-5486 Acct. no. 011 077 74 7747 705001 | 1996 Honda Accord-4 cyl. sedan 4 door LX | $394.23 | $15,000.00 |
| GE Capital Customized Auto Credit Services General Electric Capital Corp. PO Box 508 Depew, NY 14043-0508 | 1994 Acura Integra-4 cyl. sedan 4 door LS | $375.00 | $13,395.00 |
| Heilig-Meyers Furniture PO Box 1413 Henderson, NC 27536 | diningroom set | $100.00 | $1,000.00 |
| | Total of D | | $ 37,676.61 |

SCHEDULE D CONTINUED....

## SCHEDULE E
### PRIORITY CREDITORS

| | | Amount Due or Claimed |
|---|---|---|
| | United States | $ |
| | State of N.C. | $ |
| Granville County Tax Office PO Box 219 Oxford, NC 27565 Acct. No. 314894455, 314892917 | Local County Tax | $ |
| | Local City Tax (1998) | $ 169.54 |
| | Other | $ |
| | Total of E | $ 169.54 |

*Debtors propose to pay directly.

SCHEDULE D
SECURED CREDITORS
CONTINUED

| Creditor | Collateral | Value | Amount |
|---|---|---|---|
| Granville Furniture Co.<br>117 Main St.<br>Oxford, NC  27565 | den furniture | $80.00 | $1,300.00 |
| Rhodes Furniture<br>c/o Beneficial National Bank USA<br>PO Box 88000<br>Baltimore, MD  21288<br>Acct. No. 7011117001585987 | bedroom suite | $75.00 | $1,600.00 |
| Avco Financial Services<br>112 Hillsboro St.<br>Oxford, NC  27565 | household goods | $96.00 | $1,500.00 |
| Sears, Roebuck & Co.<br>PO Box 450087<br>Atlanta, GA  31145<br>Acct. No. 05 54097 63226 5 | 32" tv | $50.00 | $2,430.71 |

## SCHEDULE F
## UNSECURED CREDITORS

| Full Name and Mailing Address of Each Creditor and Account Numbers | Total Amount Remaining Due or Claimed |
|---|---|
| American Express<br>PO Box 804247<br>Chicago, IL 60680-4101<br>Acct. No. 3727 610370 71005 | $1,000.00 |
| Hechts<br>PO Box 94872<br>Cleveland, OH 44101-4872<br>Acct. No. 51590549 | $674.83 |
| Perry Brothers Tire Service Inc.<br>PO Box 968<br>Sanford, NC 27331<br>Acct. No. 12-73584 | $582.49 |

Total of F  $ 2,257.32

NOTE: If additional space is needed, please identify schedule by letter (i.e., Schedule F continued).

## SCHEDULE G
### EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest, State Whether Lease Is for Nonresidential Real Property |
|---|---|
| none | |

## SCHEDULE H
### CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| none | |

NOTE: A party listed under Schedules G or H will not receive notice unless the party is also scheduled in the appropriate schedule of creditors.

## SCHEDULE I
## CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| | Names | Age | Relationship |
| married | Charon M. Lewis | 18 | daughter |

| Income: (estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2,143.04 | $ 1,524.76 |
| Estimate monthly overtime | $ 184.35 | $ 145.82 |
| SUBTOTAL | $ 2,327.39 | $ 1,670.58 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 582.60 | $ 279.48 |
| b. Insurance | $ 32.56 | $ 83.96 |
| c. Union Dues | $ -0- | $ -0- |
| d. Other (specify) 401k retirement, 401k loans, united way | $ 119.12 | $ 169.28 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 734.28 | $ 532.72 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,593.11 | $ 1,137.86 |
| Regular income from operation of business or profession (attach detailed statement) | $ -0- | $ -0- |
| Income from real property | $ -0- | $ -0- |
| Interest and dividends | $ -0- | $ -0- |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ -0- | $ -0- |
| Social Security or other government assistance (specify) | $ -0- | $ -0- |
| Pension or retirement income | $ -0- | $ -0- |
| Other monthly income (specify) part-time (construction) | $ 300.00 | $ 200.00* |
| TOTAL MONTHLY INCOME | $ 1,893.11 | $ 1,337.86 |
| TOTAL COMBINED MONTHLY INCOME | $ 3,230.97 | |

*part-time job (BodyWorks gym)

## SCHEDULE J
## CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

|  | Monthly |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ included in c-13 plan |
| Are real estate taxes included? ___ Yes _X_ No | |
| Is property insurance included? ___ Yes _X_ No | |
| Utilities: Electricity and heating fuel | $ 200.00 |
| Water and sewer | $ -0- |
| Telephone | $ 100.00 |
| Other .... prime star | $ 100.00 |
| Home maintenance (repairs and upkeep) | $ -0- |
| Food (include lunches) | $ 350.00 |
| Clothing | $ 40.00 |
| Laundry and dry cleaning | $ 80.00 |
| Medical and dental expenses | $ 40.00 |
| Child Care | $ -0- |
| Transportation (not including car payments) | $ 140.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 30.00 |
| Charitable Contributions ..... church | $ 40.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | |
| Homeowner's or renter's | $ 62.00 |
| Life | $ -0- |
| Health | $ -0- |
| Auto | $ 360.00 |
| Other | $ |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) .. property and vehicle tax | $ 85.00 |
| Alimony, maintenance, and support paid to others | $ -0- |
| Payments for support of additional dependents not living at your home | $ -0- |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ -0- |
| Other | $ -0- |
| **TOTAL MONTHLY EXPENSES** | $ 1,627.00 |

### SUMMARY

| | | |
|---|---|---|
| TOTAL INCOME | | $ 3,230.97 |
| TOTAL EXPENSES | $ 1,627.00 | |
| AMOUNT OF CHAPTER 13 PAYMENT | $ 1,520.00 | |
| DISPOSABLE INCOME AFTER EXPENSES & CHAPTER 13 PAYMENT | | $ 83.97 |

## PAYMENTS TO CREDITORS

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days (insiders 1 year) immediately preceding the commencement of this case. (Married debtors must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

$800 has been paid to GE Capital within the past 90 days.

## FORECLOSURES, EXECUTIONS AND ATTACHMENTS

Is any of your or your spouse's property, including real estate, involved in foreclosing proceedings in or out of court? If so, identify the property and the person foreclosing.

1998 Palm Harbor mobile home and 2.25 acres located at 4089 Cornerston Drive, Oxford, NC 27565 is in foreclosure proceedings with Green Tree Acceptance Corp.

Has any of your or your spouse's property or income been attached, garnished or seized under any legal or equitable process on or within 90 days before the date of the filing of the original petition herein? (If so, describe the property seized, or person garnished and at whose suit.)

no

## TRANSFERS, REPOSSESSIONS AND RETURNS

Has any of your or your spouse's property been transferred, returned, repossessed, or seized by the seller or by any other party, including a landlord on or within 90 days before the date of the filing of the original petition herein? (If so, give particulars including the name and address of the party getting the property and its description and value.)

no

## COMPENSATION PAID OR PROMISED TO ATTORNEY FOR DEBTOR

If you have paid or agreed to pay (or transferred or agreed to transfer any property) to your attorney for services in connection with your case other than agreeing to pay such compensation as may be allowed by the Court to be paid from monies paid to the Trustee or for your account, then state:

no

## PENDING OR PRIOR BANKRUPTCY

What proceedings under the Bankruptcy Code are now pending or have been previously brought by or against you or your spouse? State the location of the Bankruptcy Court, the nature and number of each proceeding, the date it was filed, and whether a discharge was granted or refused, the proceeding was dismissed, or a composition, arrangement, or plan was confirmed.

## PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the Debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.