C-13-15(a)
(Rev. 5/97)

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

In Re: Eric Ramon Reed )   **Motion and Order**
      Vivian Lewis Reed )    **Chapter 13**
      )
      )    No: B-9980231 C-13D
      Debtor(s)  )

*FILED MAR 01 2000 U.S. Bankruptcy Court Greensboro, NC*

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The Debtors' Plan was confirmed on April 15, 1999. The Standing Trustee has received the claim of N.C.S., Inc., Citifinancial fka Commercial Credit ("NCS") in the amount of $393.47 which represents monies loaned. This claimant was not listed on the initial schedule of creditors filed by the Debtors and therefore could not timely file a claim.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing the claim of the NCS, account number 319717, as unsecured in the amount of $393.47 without prejudice to the Debtors to subsequently object to the claim.

.

Date: February 25, 2000
     lt

                                                     Richard M. Hutson, II, Standing Trustee

PARTIES IN INTEREST: See Page 2

**ORDER**

ENTERED MAR 15 '00 U.S. Bankruptcy Court Greensboro, NC

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted effective on the first day after the expiration of thirty (30) days after the "ENTERED" date of this order; however, if within said first thirty (30) days written objections are filed with this Court and copies served upon the parties in interest, the effective date of this order will be pursuant to further orders of the Court at the hearing on objections; and, it is further

ORDERED that if objections by a party in interest to the granting of the above relief are filed within the thirty (30) day period, a hearing will be held on the objections on the __27th__ day of __April__, 20_00_, at __10:00 a. m.__, in the Courtroom _first floor, Peoples Security Building, 300 West Morgan Street, Durham, NC___; and it is further

ORDERED that the Clerk mail a copy of this motion and order to each of the parties in interest.

Date: MAR 13 2000

                                                     James B. Wolfe, Jr.
                                                   US Bankruptcy Judge

(30)

C-13-15(a)
99-80231 C-13D
Page 2 of 2

PARTIES OF INTEREST:

Eric R. Reed                    /////DB
4089 Cornerstone Drive
Oxford, NC 27565

Donald D. Pergerson, Esq.       /////ATY
PO Box 2289
Henderson, NC  27536

Richard M. Hutson, II, Esq.     /////TR RTN
PO Box 3613
Durham, NC 27702

NCS, Inc.
P O Box 1787
Longview, WA 98632

PARTIES TO BE SERVED
Page 1 of 1
99-80231 C-13D

Eric R. Reed                         ////DB
4089 Cornerstone Drive
Oxford, NC 27565

Donald D. Pergerson, Esq.            ////ATY
PO Box 2289
Henderson, NC 27536

Richard M. Hutson, II, Esq.          ////TR RTN
PO Box 3613
Durham, NC 27702

NCS, Inc.
P O Box 1787
Longview, WA 98632