UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

ENTERED

OCT 13 '00

U.S. Bankruptcy Court
Greensboro, NC

AJM

| | | |
|---|---|---|
| In Re: Eric R. Reed<br>Vivian L. Reed<br><br>Debtors | )<br>)<br>)<br>)<br>) | **DISMISSAL ORDER**<br>**CHAPTER 13**<br><br>No: B 99-80231 C-13D |

For sufficient reasons appearing and after notice as required by law; it is

ORDERED that the case of Eric R. Reed is dismissed prior to confirmation upon written request of the Debtor; and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $.50 per notice plus $75.00 for expenses pursuant to 11 U.S.C. §1326(a).

Date: **OCT 13 2000**

JAMES B. WOLFE, JR.
U.S. Bankruptcy Judge

33

Case 99-80231    Doc 33    Filed 10/13/00    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Eric R. Reed )
      Vivian L. Reed )
)
) Case Number: B 99-80231   C-13D
)
)
Debtor(s) )

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the Dismissal Order by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known address as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Eric R. Reed
Vivian L. Reed
4089 Cornerstone Dr.
Oxford, NC 27565

Donald D. Pergerson, Esq.
PO Box 2289
Henderson, NC 27536

Richard M. Hutson, II, Esq.
Standing Trustee
PO Box 3613
Durham, NC 27702

THIS 13 day of October, 2000.

OFFICE OF THE CLERK

BY: Amy J. May
      Deputy Clerk